IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel., MICHELLE BIGHAM, and STATE OF ILLINOIS, ex. rel., MICHELLE BIGHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> W. DAVID ROMMEL, DDS, <br><br> Defendant. | Civil Case No.   03-4048-JPG |

## ORDER

**FRAZIER, Magistrate Judge:**

This matter has been referred for a calculation of attorneys' fees and costs. Relator Michelle Bigham has submitted evidence regarding her expenses and attorney fees. That evidence is not contested. The fees and expenses incurred by Relator Michelle Bigham have been reviewed. The Court finds that costs and expenses in the sum of $2,291.41 were reasonably and necessarily incurred and that attorneys' fees in the sum of $29,607.90 are reasonable under the circumstances. The Judgment entered on November 9, 2006, should be modified to reflect this award against the defendant.

DATED:   February 23, 2007  .

s/ Philip M. Frazier
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**